# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**STEPHANIE HAMMAR, et al.,**
                 Plaintiff(s),
    v.

**MERCK & CO., INC.**
                 Defendant(s).

**RULE 16 TELEPHONE SCHEDULING CONFERENCE**

Case No. 20-C-1402

HONORABLE WILLIAM C. GRIESBACH presiding     Time Called: 9:30 AM
Proceeding Held: January 4, 2021     Time Concluded: 9:51 AM
Deputy Clerk: Lori     Tape: 010421

**Appearances:**

**Plaintiff(s):**    Kimberly Beck

**Defendant(s):**    Allen Schlinsog and Steven Marshall

**Scheduling:**

| | | | |
|---|---|---|---|
| Initial Disclosures: | 1/15/2021 | Dispositive Motions: | See phase schedule below |
| Amended Pleadings: | Rule 15 will apply | Final Pretrial Conference: | |
| Expert Disclosures (Plaintiff): | | ☐ Jury Trial or ☐ Court Trial: | |
| Expert Disclosures (Defendant): | | Trial Estimate: | |
| Rebuttal Disclosures: | | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Discovery: | See phase schedule below | | |

☐ Hearing dates entered on calendar

The Court and parties address the pending [13] motion for partial dismissal and [25] Motion for leave to file 2nd amended complaint. Mr. Marshall does not object to the filing of the 2nd Amended Complaint and informs the Court defendant intends to renew the motion to dismiss as to Count 1.
**The Court grants [25] Motion for leave to file 2nd amended complaint.**
**The [13] motion to dismiss will be termed as moot.**
The Court and parties discuss R.S.B. injuries and status.
Ms. Beck responds and requests to schedule.
The parties have agreed to 2-part phased approach to discovery and summary judgment.

**Phase One- Innovator Liability**
Plaintiffs to produce medical records related to this issue by April 1, 2021.
Fast Track Summary Judgment Submissions: Merck's motion and supporting documents filed by April 23, 2021; Plaintiffs' response due May 14, 2021; and Merck's reply due June 4, 2021.

**Phase Two - Preemption**
Fact Discovery related to preemption, including the production of pertinent portions of Merck's regulatory file, and any reasonably necessary depositions to be completed by November 4, 2021; Merck's motion for summary judgment and supporting documents would be December 6, 2021; Plaintiffs' response would be due on January 17, 2022; and Merck's Reply would be due on February 7, 2022.

The Court inquires as to issue of causality.
Mr. Marshall believes that would be addressed in a 3rd phase (medical and proximate causation issue).
Trial dates will be set at a later date.